IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**JAMES BOHANAN, II**                                                                    **PLAINTIFF**

v.                              **CASE NO. 1:19-CV-00087-BSM**

**DENESCHIA "SISSY" WILSON**, Jail Administrator,
Independence County Jail; **SKYLA DURHAM**,
Secretary, Independence County Jail; and **RACHEL
PALMIERI**, Sergeant, Independence County Jail                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 44] is adopted and defendants' motion for summary judgment [Doc. No. 26] is granted. James Bohanan's claims against Deneschia Wilson and Skyla Durham are dismissed without prejudice for failure to exhaust administrative remedies; his claims against Rachel Palmieri are dismissed without prejudice for failure to serve her. Given the foregoing, defendants' motion for summary judgment on the merits [Doc. No. 39] is denied as moot.

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE