# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

JAMES BOHANAN, II                                                    PLAINTIFF

v.                          CASE NO. 1:19-CV-00087-BSM

DENESCHIA "SISSY" WILSON, Jail Administrator,
Independence County Jail; SKYLA DURHAM,
Secretary, Independence County Jail; and RACHEL
PALMIERI, Sergeant, Independence County Jail          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE